UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 FEB -9 A 11: 44

JOHN L. MARTIN, # 182277

VERSUS

WARDEN PHELPS CORRECTIONAL CENTER, ET AL

CIVIL ACTION
NO. 00-0359

SECTION
SECT. T MAG. 3

### ORDER

Considering the application and affidavit to proceed *in forma pauperis*,

IT IS ORDERED that:

[✓]  the motion is GRANTED; the party is entitled to proceed *in forma pauperis*.

[ ]  the motion is MOOT; the party was previously granted pauper status.

[ ]  the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

[ ]  the motion is DENIED as MOOT; the filing fee has already been paid.

[ ]  the motion is DENIED; the party is not entitled to proceed *in forma pauperis* for the listed reasons:

_____

_____

New Orleans, Louisiana, this 8 day of Feb, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  FEB 10 2000

