

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR -8 P 3 42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN L. MARTIN #182277** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0359** |
| **PHELPS CORRECTIONAL CENTER** | **SECTION "T"(3)** |

\* \* \* \* \* \* \* \* \*

## FIRST MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

NOW INTO COURT, comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a brief for the following reasons:

1. Respondent's brief was due March 9, 2000.

2. Due to counsel's unusually heavy caseload, additional time is required to prepare a response in this matter.

3. Undersigned counsel requested a copy of the State court record but has not received it. A copy of the letter requesting the record is attached to this motion.

DATE OF ENTRY    MAR 13 2000

1

Fee
Process
Dktd
CtRmDep
Doc.No.

4.  Undersigned counsel is unaware of any opposition to this extension.

WHEREFORE, respondent respectfully requests an additional twenty days (20) from the original return date, or until the 29th day of March, 2000, in which to file a response in this matter.

Respectfully submitted,


CATE L. BARTHOLOMEW, BAR# 24956
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA  70119
Telephone:  (504) 822-2414

2

## O R D E R

        IT IS ORDERED that respondent herein be granted an extension of ___70___ day(s), or until the ___29___ day of ___March___, 2000 in which to file a response in the captioned matter.

_Lance Africk,_    _____
U.S. MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This __13__ day March, 2000,
New Orleans, Louisiana.

3