UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN L. MARTIN #182277 | CIVIL ACTION |
| VERSUS | NO. 00-0359 |
| WARDEN, PHELPS CORRECTIONAL CENTER | SECTION "T" (3) |

### OPPOSITION TO MOTION FOR EXTENSION OF TIME

NOW INTO COURT, comes John L. Martin, plaintiff who respectfully objects to the State of Louisiana's request for a <u>SECOND MOTION FOR EXTENSION OF TIME</u> for the following reasons:

(1)

Respondent's brief was due March 29, 2000, after receiving an Extention of Time from this Honorable Court.

(2)

The State has failed to file a brief before March 29, 2000, and now seeks a Second Extension of Time, Until the 18th day of April, 2000.

(3)

An unusually heavy case load did not stop the State of Louisiana from prosecuting Martin at jury trial, WHEREFORE, an unusually heavy case load is <u>**NOT**</u> AN EXCUSE FOR DELAYING Martin's Habeas Corpus Petition.

(4)

Martin is opposed to another request for Extension of Time filed by the State of Louisiana.

DATE OF ENTRY

APR 5   2000

-1-

Martin's liberty is at stake, and any more delays will deprive Martin of his liberty, and release from incarceration!

Respectfully submitted,

JOHN L. MARTIN #182277

## O R D E R

IT IS ORDERED that respondent is DENIED a second request for extension of time, and is ORDERED to file a response in the Captioned Civil Action Number no later than five (5) days from the receipt of this ruling.

*Moot. The motion has been granted —*

ORDERED ON THE ____4____ DAY OF ~~MARCH~~ April, 2000.

_____
U.S. MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA