UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF LOUISIANA

NO. 00-0359             DIVISION "T"              DOCKET NO. 3

JOHN L. MARTIN #182277

VERSUS

WARDEN, PHELPS CORRECTIONAL CENTER, ET AL

FILED: _____     _____
                                  DEPUTY CLERK

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Cate L. Bartholomew formerly Assistant District Attorney for the Parish of Orleans, State of Louisiana, and requests to withdraw as counsel of record in the above numbered and entitled action for the following reasons: that counsel is no longer employed as an Assistant District Attorney for the Parish of Orleans or the State of Louisiana and is now engaged in the private practice of law.

Respectfully submitted,

**Cate L. Bartholomew (#24956)**
Abbott, Simses, Knister & Kuchler
400 Lafayette Street, Suite 200
New Orleans, Louisiana 70130
Telephone: 504/568-9393
Attorneys for Defendants,

DATE OF ENTRY
JUL 2 5 2000

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served by depositing a copy of same in the United States Mail, postage prepaid and properly addressed, this _____ day of July, 2000 to:

Mr. Valentin Solino
Chief of Appeals
Orleans Parish
619 South White Street
New Orleans, Louisiana 70119

Mr. John L. Martin #182277
C. Paul Phelps Correctional Center
P.O. Box 1058
DeQuincy, Louisiana 70633

_____
CATE L. BARTHOLOMEW

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF LOUISIANA

NO. 00-0359               DIVISION "T"               DOCKET NO. 3

JOHN L. MARTIN #182277

VERSUS

WARDEN, PHELPS CORRECTIONAL CENTER, ET AL

FILED: _____     _____
                                              DEPUTY CLERK

## ORDER

**Considering the above and foregoing motion,**

**IT IS HEREBY ORDERED** that Cate L. Bartholomew, formerly Assistant District Attorney, Orleans Parish be and is hereby withdrawn as counsel of record in the above-numbered and entitled action.

New Orleans, Louisiana, this 24th day of July, 2000.

_____
JUDGE

O:\Sally\Catherine Bartholomew\WITHDRAW.MOT4.doc