

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -4 PM 1:54

LORETTA G. WHYTE
CLERK

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN L. MARTIN #182277** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0359** |
| **WARDEN PHELPS CORRECTIONAL CENTER, ET AL** | **SECTION "T"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion in this matter.  Therefore,

**IT IS ORDERED** the petition of John Martin is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 3rd day of August, 2000.

_____
**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY
AUG - 4 2000

Fee_____
Process____
X  Dktd_____
CtRmDep____
Doc.No.____