

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -4 PM 1: 54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN L. MARTIN #182277 | CIVIL ACTION |
| VERSUS | NO. 00-0359 |
| WARDEN PHELPS CORRECTIONAL CENTER, ET AL | SECTION "T"(3) |

## JUDGMENT

The Court having considered the petition, the record, the applicable law, and for the written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition of John Martin is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 3rd day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG - 4 2000

___Fee___
___Process___
_X_ Dktd
___CtRmDep
___Doc.No.